UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: 18-62536-CIV-MARTINEZ

PARKER SIGLIN,
    Plaintiff,

vs.

SIXT RENT A CAR, LLC,
    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal without Prejudice, [ECF No. 19]. It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. All parties shall bear their own attorney's fees and costs unless otherwise agreed. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of May, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record